UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:25-cv-00678-AH-(BFMx) | Date  March 3, 2026 |
| Title | *Jaron Brignac v. Experian et al.* | |

Present: The Honorable    Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE AS TO EQUIFAX [JS-6]**

On February 5, 2026, the Court issued an order granting a Motion to Enforce Settlement filed by Defendant Equifax Information Services LLC ("Equifax"). Dkt. No. 93.  In the Order, the Court ordered Equifax and Plaintiff Jaron Brignac ("Plaintiff") to comply with all terms of their Settlement Agreement set forth in an e-mail exchange between Plaintiff and Equifax's counsel. *Id.* at 7.  The Court provided the parties twenty days to comply with the Settlement Agreement and file notice of compliance therewith. *Id.*  In a Status Report filed by Equifax on February 25, 2026, Equifax indicated that Plaintiff refused to sign either a written settlement agreement or a copy of the e-mail exchange. *See* Dkt. No. 96 ¶¶ 6-8. The Court finds that Plaintiff is bound by the terms of the Settlement Agreement as stated in the e-mail exchange.  Because Equifax has performed its duties under the Settlement Agreement, Dkt. No. 96 ¶ 9, the Court dismisses this case with prejudice in accordance with the Settlement Agreement.  The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**